CLERK'S OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED

SEP 1 3 2005

JOHN F. CORCORAN, CLERK
BY:
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
### LYNCHBURG DIVISION

| | |
|---|---|
| CLYDE T. MAYBERRY,<br><br>*Plaintiff,*<br><br>v.<br><br>MIKE JOHANNS, SECRETARY OF AGRICULTURE, ET AL.,<br><br>*Defendants.* | CIVIL ACTION NO. 6:05-CV-00012<br><br><br>ORDER<br><br><br><br><br>JUDGE NORMAN K. MOON |

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

**ADJUDGED and ORDERED**

as follows:

(1) Plaintiff's Motions for a Court Determination of Jury Trial Demand, docket numbers 10 and 19, are hereby DENIED.

(2) Plaintiff's Motion for Court Determination of Civil Rights Violation of Plaintiff in a Non-Judicial Foreclosure, docket number 16, is hereby DENIED.

(3) Defendant's Motion for Summary Judgment, docket number 17, is hereby GRANTED.

(4) Plaintiff's Motion to Deny Defendants' Request for Summary Judgment, docket number 20, is hereby DENIED.

Accordingly, this matter is hereby DISMISSED.

It is so ORDERED.

The Clerk is hereby directed to STRIKE this case from the docket, and is further directed to send a copy of this Order and accompanying Memorandum Opinion to all counsel of record.

ENTERED: /s/ Norman K. Moon
U.S. District Judge

Sept. 13, 2005
Date